# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CR-163-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KRISTI HEATHER KING, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Dismiss Pursuant To Fed. R. Cr. P. 12(b)(3)(B)(ii) And/Or Renewed Motion For A Bill Of Particulars Pursuant To Fed R. Cr. P. 7(f)" (Document No. 47) filed February 14, 2023. The undersigned notes that the United States filed the "Government's Response In Opposition To Defendant's Motion To Dismiss And Renewed Motion For A Bill Of Particulars" (Document No. 48) on February 21, 2023. In order to fully evaluate the arguments the Government presents in response to Defendant's motion, the undersigned will direct that Defendant file a reply to address the Government's arguments and legal authority in Document No. 48.

**IT IS, THEREFORE, ORDERED** that Defendant shall file a reply brief that addresses the Government's arguments set forth in Document No. 48 on or before **March 10, 2023**.

**SO ORDERED**.

Signed: March 1, 2023

David C. Keesler
United States Magistrate Judge